IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., TEIKOKU PHARMA USA, INC. and TEIKOKU SEIYAKU CO., LTD., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> WATSON LABORATORIES, INC., <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 1:10-cv-138-GMS |

## JOINT STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, Plaintiffs Endo Pharmaceuticals Inc., Teikoku Pharma USA, Inc., and Teikoku Seiyaku Co., Ltd. (collectively "Plaintiffs") filed Civil Action No. 1:10-cv-138-GMS asserting, *inter alia,* that the filing of Abbreviated New Drug Application No. 20-675 (the "Watson ANDA") by Defendant Watson Laboratories, Inc. ("Watson") with the United States Food and Drug Administration, including Watson's request to engage in the commercial manufacture, use, importation, sale and/or offer for sale of a generic version of Plaintiffs' Lidoderm® product prior to the expiration of United States Patent No. 5,827,529 ("'529 patent"), was an act of patent infringement;

WHEREAS, Watson denied infringement of the '529 patent and asserted defenses and counterclaims related thereto;

WHEREAS, Plaintiffs agree to dismiss without prejudice any and all of its claims and defenses against Watson in the instant action, and Watson agrees to dismiss without prejudice any and all of its counterclaims and defenses in the instant action;

WHEREAS, the Plaintiffs and Watson have entered into a Settlement and License Agreement, dated as of May 28, 2012 ("Settlement and License Agreement"), pursuant to which the parties have resolved the above-referenced action and Plaintiffs have granted to Watson and its Affiliates (as defined in the Settlement and License Agreement) a license under the '529 Patent in the United States;

WHEREAS, the Parties have submitted their underlying agreement to the Court under seal.

NOW, THEREFORE, the Parties stipulate, subject to the approval of the Court, that:

1. Watson covenants that Watson, its Affiliates and their respective officers, agents, servants, employees and attorneys, and those persons in active concert or participation with Watson, shall not, until the applicable Start Date (as defined in the Settlement and License Agreement) manufacture, use, market, offer for sale, or sell in the United States, or import into the United States, any product that is marketed and/or sold under the Watson ANDA, except that Watson shall be permitted to manufacture and market (but not use or sell) such products for a reasonable period of time prior to the applicable Start Date solely for the purpose of selling such products only on or after the Start Date, as set forth in the Settlement and License Agreement. This covenant shall terminate automatically upon the applicable Start Date as defined in the Settlement and License Agreement.

2. The Court retains jurisdiction over this Stipulated Order of Dismissal, and the interpretation of the Settlement and License Agreement as it pertains to this Stipulated Order of Dismissal, in the event of any dispute concerning it.

IT IS HEREBY STIPULATED AND AGREED that all claims, including counterclaims, and defenses in this action are hereby dismissed without prejudice on the terms of the parties' agreement, with each party bearing its own costs and fees.

SO ORDERED, this 13th day of June, 2012.

The Honorable Gregory M. Sleet
United States District Judge

JOINTLY SUBMITTED BY

BY: MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com
*Attorneys for Plaintiffs Endo Pharmaceuticals Inc., Teikoku Pharma USA, Inc., and Teikoku Seiyaku Co., Ltd.*

BY: PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200 (telephone)
(302) 655-4210 (facsimile)
jcp@pgslaw.com
*Attorneys for Defendant Watson Laboratories, Inc.*